The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY REICHERT and GARY MOYER, both individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>KEEFE COMMISSARY NETWORK, L.L.C. d/b/a ACCESS CORRECTIONS; RAPID INVESTMENTS, INC., d/b/a RAPID FINANCIAL SOLUTIONS, d/b/a ACCESS FREEDOM; and CACHE VALLEY BANK,<br><br>             Defendants. | NO. 3:17-cv-05848-BHS<br><br>ORDER AWARDING ATTORNEY FEES, COSTS AND CASE CONTRIBUTION AWARDS AS TO CLAIMS AGAINST KEEFE COMMISSARY NETWORK, LLC |

Upon consideration of Plaintiffs' Unopposed Motion for Approval of Attorney Fees, Costs and Case Contribution Awards as to Claims Against Keefe Commissary Network, LLC and in connection with the final approval hearing in this matter, the Court hereby ORDERS that:

1.   The Motion is GRANTED.

2.   Attorneys fees in the sum of $86,250.00 or 30% of the settlement amount shall be paid to class counsel out of the settlement fund.

3.   Litigation costs and expenses totaling $6,909.22 are approved and shall be paid to class counsel out of the settlement fund; and

ORDER AWARDING ATTORNEY FEES, COSTS
AND CASE CONTRIBUTION AWARDS, ETC. - 1
[Case No. 3:17-cv-05848-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246

4.   Case contribution awards of $2,500 to each named Plaintiff, totaling $5,000, are approved and shall be paid out of the settlement fund.

It is so ORDERED this 14th day of November, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

___/s/ Richard E. Spoonemore_____
Chris R. Youtz, WSBA #7786
Richard E. Spoonemore (WSBA #21833)
Eleanor Hamburger (WSBA #26478)
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
Email: chris@sylaw.com
         rick@sylaw.com
         ele@sylaw.com
Attorneys for Plaintiff/Class/Subclass

ORDER AWARDING ATTORNEY FEES, COSTS
AND CASE CONTRIBUTION AWARDS, ETC. - 2
[Case No. 3:17-cv-05848-BHS]