The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY REICHERT and GARY MOYER, both individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEEFE COMMISSARY NETWORK, L.L.C. d/b/a ACCESS CORRECTIONS; RAPID INVESTMENTS, INC., d/b/a RAPID FINANCIAL SOLUTIONS, d/b/a ACCESS FREEDOM; and CACHE VALLEY BANK,<br><br>Defendants. | NO. 3:17-cv-05848-BHS<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT KEEFE COMMISSARY NETWORK, L.L.C. d/b/a ACCESS CORRECTIONS<br><br>**Note on Motion Calendar: January 24, 2023** |

## I.  STIPULATION

Plaintiffs Jeffrey Reichert and Gary Moyer, on behalf of themselves and the Washington Subclass, ("Plaintiffs") and Defendant Keefe Commissary Network, L.L.C., d/b/a Access Corrections ("Keefe") stipulate that all claims brought by Plaintiffs in this case against Keefe should be dismissed with prejudice and without any additional award of costs or attorney fees to either party in this matter.

STIPULATION AND ORDER OF DISMISSAL
AS TO KEEFE COMMISSARY NETWORK, L.L.C. – 1
[Case No. 3:17-cv-05848-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246

1  DATED: January 24, 2023.

2  SIRIANNI YOUTZ
3  SPOONEMORE HAMBURGER PLLC

4     */s/ Chris R. Youtz*
   Chris R. Youtz, WSBA #7786
5  Richard E. Spoonemore, WSBA #21833
6  Eleanor Hamburger, WSBA #26478
   3101 Western Avenue, Suite 350
7  Seattle, WA 98121
   Tel. (206) 223-0303; Fax (206) 223-0246
8  chris@sylaw.com
9  rick@sylaw.com
   ele@sylaw.com
10
11 Attorneys for Plaintiffs/Class

12
13 HINSHAW & CULBERTSON LLP

14    */s/ Russell S. Ponessa*
   Russell S. Ponessa, *Pro Hac Vice*
15 Suzanne L. Jones, *Pro Hac Vice*
   333 South Seventh Street, Suite 2000
16 Minneapolis, MN 55402
   rponessa@hinshawlaw.com
17 sjones@hinshawlaw.com

18
19 BETTS, PATTERSON & MINES, P.S.
   S. Karen Baumberger, WSBA #18478
20 701 Pike Street, Suite 1400
   Seattle, WA 98101
21 kbamberger@bpmlaw.com

22
   Attorneys for Defendant
23 Keefe Commissary Network, LLC

24

25

26

STIPULATION AND ORDER OF DISMISSAL
AS TO KEEFE COMMISSARY NETWORK, L.L.C. – 2
[Case No. 3:17-cv-05848-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

## II.  ORDER

Pursuant to the foregoing stipulation of the parties, this Court ORDERS all claims brought by Plaintiffs Jeffrey Reichert and Gary Moyer, on behalf of themselves and the Washington Subclass, against Defendant Keefe Commissary Network, L.L.C., d/b/a Access Corrections are DISMISSED with prejudice and without any additional award of costs or attorney fees to any party.

ORDERED this 24th day of January, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
AS TO KEEFE COMMISSARY NETWORK, L.L.C. – 3
[Case No. 3:17-cv-05848-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246