UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY REICHERT and GARY MOYER, both individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEEFE COMMISSARY NETWORK LLC, d/b/a ACCESS CORRECTIONS; RAPID INVESTMENTS, INC., d/b/a RAPID FINANCIAL SOLUTIONS, d/b/a ACCESS FREEDOM; and CACHE VALLEU BANK,<br><br>Defendants. | CASE NO. C17-5848 BHS<br><br>ORDER APPOINTING NOTICE AND CLAIMS ADMINISTRATOR |

Upon consideration of the Unopposed Motion to Appoint Notice and Claims Administrator (hereinafter "Unopposed Motion") and in accordance with this Court's Order (1) Preliminarily Approving Settlement Agreement; (2) Approving Written Class Notice; (3) Establishing a Process to Appoint Notice and Claims Administrator and Consider Published Notice Package; and (4) Establish a Final Settlement Approval Hearing and Process (hereinafter "Preliminary Approval Order") (Dkt. No. 213), and the

ORDER - 1

Court having read and considered the Motion and the Declaration of Richard E. Spoonemore, it hereby ORDERS as follows:

    1.  The Court appoints Kroll as the Notice and Claims Administrator to provide the notice and claims administration services required by the Settlement Agreement and Preliminary Approval Order. Kroll shall be paid from the Settlement Amount. Either Class Counsel or Defendants may advance funds to Kroll in order for it to commence its services. If Class Counsel advances funds, then Class Counsel shall be reimbursed out of the Settlement Amount. If Defendants advance funds, then those funds shall reduce, dollar for dollar, its payment obligation upon funding of the settlement under Section 8.1 of the Settlement Agreement (Dkt. No. 210-1).

    2.  As set forth in the Unopposed Motion, Kroll shall (1) provide direct United States mailed short form or summary notice to those class members with valid addresses, or addresses that have been returned with a forwarding address; (2) provide email notice to those class members where emails are available; (3) provide telephone support in both English and Spanish; (4) implement a targeted Media Notice Plan using mail, email, online display, social impressions and/or cross-device targeting on desktop and mobile; (5) disseminate information to groups that it has identified as being able to reach potential class members; and (6) place ads in *Prison Legal News* and *Criminal Legal News*. A website shall also be established by Kroll and/or Class Counsel that provides the information set forth in the Preliminary Approval Order and permits Class Members to make claims. Class Members may also make claims by mail, email, or by telephone, as

set forth in the Unopposed Motion under the process established by Kroll and Class Counsel.

It is so ORDERED this 22nd day of September, 2023

_____
BENJAMIN H. SETTLE
United States District Judge