The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY REICHERT and GARY MOYER, both individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEEFE COMMISSARY NETWORK, L.L.C. d/b/a ACCESS CORRECTIONS; RAPID INVESTMENTS, INC., d/b/a RAPID FINANCIAL SOLUTIONS, d/b/a ACCESS FREEDOM; and CACHE VALLEY BANK,<br><br>Defendants. | NO. 3:17-cv-05848-BHS<br><br>ORDER APPROVING CLASS COUNSEL'S RECOMMENDATION FOR *CY PRES* AWARDS<br><br>**Note on Motion Calendar:<br>August 1, 2024** |

1. Plaintiff has brought a motion presenting class counsel's recommendation for distribution of funds remaining in the settlement fund created by the settlement between the national certified class and Defendants Rapid Financial Solutions and Cache Valley Bank. Counsel recommends the amount remaining in the settlement fund for distribution as *cy pres* be shared equally between Human Rights Defense Center ("HRDC") and Public Justice Foundation ("Public Justice").

2. The Court has reviewed the submission from class counsel regarding its rationale and basis for recommending these distributions. The Court has also reviewed the submissions from HRDC, attached as *Exhibits 1* and *2* to the Declaration of Chris R.

ORDER APPROVING CLASS COUNSEL'S
RECOMMENDATION FOR *CY PRES* AWARDS - 1
[Case No. 3:17-cv-05848-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

Youtz, and the submissions from Public Justice, attached as *Exhibits 3* and *4* to that declaration.

3. The Court finds that the proposed *cy pres* awards to HRDC and Public Justice are appropriate. There is an appropriate nexus between the work and advocacy performed by these organizations to the central issues in this litigation, including contesting profiteering operations by private companies that take advantage of inmates and their families. The Court finds that awarding these funds to HRDC and Public Justice will benefit members of the national class in this action.

4. The claims administrator is directed to transfer $2.5 million from the settlement fund to Human Rights Defense Center in accordance with instructions to be provided by class counsel.

5. The claims administrator is directed to transfer $2.5 million from the settlement fund to Public Justice Foundation in accordance with instructions to be provided by class counsel.

6. HRDC and Public Justice will equally divide any additional money remaining after the settlement fund pays its remaining expenses and the account is closed. The claims administrator and/or class counsel are authorized to make that distribution.

DATED this 1st day of August, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER APPROVING CLASS COUNSEL'S
RECOMMENDATION FOR *CY PRES* AWARDS - 2
[Case No. 3:17-cv-05848-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

　　*/s/ Chris R. Youtz*
Chris R. Youtz, WSBA #7786
Richard E. Spoonemore (WSBA #21833)
Eleanor Hamburger (WSBA #26478)
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
Email: cyoutz@sylaw.com
　　　　rspoonemore@sylaw.com
　　　　ehamburger@sylaw.com
Attorneys for Plaintiff/Class/Subclass

ORDER APPROVING CLASS COUNSEL'S
RECOMMENDATION FOR *CY PRES* AWARDS - 3
[Case No. 3:17-cv-05848-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246