The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY REICHERT and GARY MOYER, both individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEEFE COMMISSARY NETWORK, L.L.C. d/b/a ACCESS CORRECTIONS; RAPID INVESTMENTS, INC., d/b/a RAPID FINANCIAL SOLUTIONS, d/b/a ACCESS FREEDOM; and CACHE VALLEY BANK,<br><br>Defendants. | NO. 3:17-cv-05848-BHS<br><br>ORDER APPROVING ADDITIONAL *CY PRES* AWARD<br><br>**Note on Motion Calendar:****September 4, 2024** |

1.  Plaintiff has brought a motion presenting class counsel's recommendation for distribution of funds remaining in the settlement fund created by the settlement between the Washington subclass and Defendant Keefe Commissary Network, LLC. Counsel recommends the amount remaining in the Keefe settlement fund of approximately $185,000 be distributed to Columbia Legal Services ("CLS") as a *cy pres* award.

2.  The Court has reviewed the submission from class counsel regarding its rationale and basis for recommending this distribution. The Court has also reviewed the submission from CLS, attached as Exhibits 1 and 2 to the Declaration of Chris R. Youtz.

ORDER APPROVING ADDITIONAL *CY PRES* AWARD - 1
[Case No. 3:17-cv-05848-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

3. The Court finds that the proposed *cy pres* award to CLS is appropriate. There is an appropriate nexus between the work and advocacy performed by CLS to the central issues in this litigation, including contesting profiteering operations by private companies that take advantage of inmates and their families. The Court finds that awarding these funds to CLS will benefit members of the Washington subclass in this action.

4. Class counsel is directed to transfer the amount remaining in the Keefe settlement fund to Columbia Legal Services of approximately $185,000.

Dated: September 4th, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

   */s/ Chris R. Youtz*
Chris R. Youtz, WSBA #7786
Richard E. Spoonemore, WSBA #21833
Eleanor Hamburger, WSBA #26478
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
Email: cyoutz@sylaw.com
   rspoonemore@sylaw.com
   ehamburger@sylaw.com
Attorneys for Plaintiff/Class/Subclass

ORDER APPROVING ADDITIONAL *CY PRES* AWARD - 2
[Case No. 3:17-cv-05848-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246