The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JEFFREY REICHERT and GARY MOYER, both individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEEFE COMMISSARY NETWORK, L.L.C. d/b/a ACCESS CORRECTIONS; RAPID INVESTMENTS, INC., d/b/a RAPID FINANCIAL SOLUTIONS, d/b/a ACCESS FREEDOM; and CACHE VALLEY BANK,<br><br>Defendants. | NO. 3:17-cv-05848-BHS<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS RAPID INVESTMENTS, INC., D/B/A RAPID FINANCIAL SOLUTIONS, AND CACHE VALLEY BANK<br><br>**Note on Motion Calendar:**<br>**October 24, 2024** |

## I. STIPULATION

Plaintiffs Jeffrey Reichert and Gary Moyer, on behalf of themselves and the National Class and the Washington Subclass, ("Plaintiffs") and Defendants Rapid Investments, Inc., d/b/a Rapid Financial Solutions ("Rapid"), and Cache Valley Bank stipulate that all claims brought against Defendants Rapid and Cache Valley Bank should be dismissed with prejudice and without any additional award of costs or attorney fees to either party in this matter except for the following Class members who opted out of the settlement and the case:

STIPULATION AND ORDER OF DISMISSAL
AS TO RAPID DEFENDANTS – 1
[Case No. 3:17-cv-05848-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

| First Name | Last Name |
|---|---|
| STEPHEN | BANKS |
| ROBERT | BOWMAN |
| MELANIE | BRANTING |
| JUAN L | CASTILLO |
| SCOTT | CHRISTENSEN |
| JUSTIN | FIGUEROA |
| WILLIAM | GRAHAM |
| MILTON | HOSTETLER |
| CRISJON | JON |
| EVAN | MARTIN |
| CASSIDY | MAYER |
| TIFFANY | PORTER |
| ALEXANDER | REIGOSA |
| KOLE | SCHOENECKER |
| JESSICA | SHEETS |
| JOSE | VAZQUEZ |
| CHRISTOPHER | WADDLE |
| CHRISTOPHER | WATKINS |

DATED: October 24, 2024.

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

　　*/s/ Chris R. Youtz*
Chris R. Youtz, WSBA #7786
Richard E. Spoonemore, WSBA #21833
Eleanor Hamburger, WSBA #26478
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303; Fax (206) 223-0246
chris@sylaw.com
rick@sylaw.com
ele@sylaw.com

Attorneys for Plaintiffs/Class

---

STIPULATION AND ORDER OF DISMISSAL
AS TO RAPID DEFENDANTS – 2
[Case No. 3:17-cv-05848-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

STINSON LLP

   */s/ George Verschelden*
George Verschelden, Pro Hac Vice
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
george.verschelden@stinson.com

CORR CRONIN LLP
Emily J. Harris, WSBA #35763
Eric A. Lindberg, WSBA #43596
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
eharris@corrcronin.com
elindberg@corrcronin.com

Attorneys for Defendants Rapid Investments, Inc. and Cache Valley Bank

STIPULATION AND ORDER OF DISMISSAL
AS TO RAPID DEFENDANTS – 3
[Case No. 3:17-cv-05848-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

## II. ORDER

Pursuant to the foregoing stipulation, this Court ORDERS all claims brought by Plaintiffs Jeffrey Reichert and Gary Moyer, on behalf of themselves and the National Class and the Washington Subclass, against Defendants Rapid Investments, Inc., d/b/a Rapid Financial Solutions, and Cache Valley Bank are DISMISSED with prejudice and without any additional award of costs or attorney fees to any party. The following Class members who opted out of the case and the settlement are excluded from this order:

| First Name | Last Name |
|---|---|
| STEPHEN | BANKS |
| ROBERT | BOWMAN |
| MELANIE | BRANTING |
| JUAN L | CASTILLO |
| SCOTT | CHRISTENSEN |
| JUSTIN | FIGUEROA |
| WILLIAM | GRAHAM |
| MILTON | HOSTETLER |
| CRISJON | JON |
| EVAN | MARTIN |
| CASSIDY | MAYER |
| TIFFANY | PORTER |
| ALEXANDER | REIGOSA |
| KOLE | SCHOENECKER |
| JESSICA | SHEETS |
| JOSE | VAZQUEZ |
| CHRISTOPHER | WADDLE |
| CHRISTOPHER | WATKINS |

ORDERED this 28th day of October, 2024.

Benjamin H. Settle
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
AS TO RAPID DEFENDANTS – 4
[Case No. 3:17-cv-05848-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246